# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.<br><br>   Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>   Defendant. | Case No. 2:17-cv-00258-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO TRANSFER

Before the Court is Apple Inc.'s Motion to Change Venue to the Northern District of California. Having considered the Motion, the authorities cited therein, and the exhibits attached thereto, the Court finds that the Northern District of California is clearly a more convenient venue for this matter. The Clerk is therefore hereby directed to transfer this case to the Northern District of California.

SO ORDERED.