**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:17-cv-00258-JRG<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CRAIG S. ETCHEGOYEN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION
<u>FOR LEAVE TO PROPOUND VENUE DISCOVERY</u>**

I, Craig S. Etchegoyen, hereby declare as follows:

1. I am a Director of Uniloc Luxembourg S.A. I submit this declaration in support of Plaintiffs' opposition to defendant Apple Inc.'s Motion for Leave to Propound Venue Discovery.

2. I am informed, and thereupon believe, that the Complaint in this case was filed on April 3, 2017.

3. As of April 3, 2017, and since that date, I have resided outside of Kona on the island of Hawaii.

4. As of April 3, 2017, and since that time, I have not resided or maintained a residence in the State of California.

I declare under the penalty of perjury under the laws if the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at \_\_\_\_\_9:30   Am\_\_\_\_\_ on June 29th, 2017.

/s/ _____