IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:17-cv-00258-JRG |

**ORDER**

Before the Court is the Motion of defendant, Apple Inc., for Leave to Propound Venue Discovery.  Having reviewed the briefs and supporting evidence submitted by the parties, the Court believes that the Motion should be DENIED.

IT IS THEREFORE ORDERED that the Motion for Leave to Propound Venue Discovery is hereby DENIED.

2737069.v1